DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3973
Facsimile:    (415) 554-4248
E-Mail:       andrew.gschwind@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


CURTIS G. OLER, State Bar # 63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA 94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff
ANDREW KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KING,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PUBLIC UTILITIES COMMISSION, SAN FRANCISCO WATER DEPARTMENT, and DOES 1 to 25,<br><br>    Defendants. | Case No. C 11-01857 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

      The parties, Plaintiff Andrew King, and Defendant City and County of San Francisco, by and through their attorneys of record, hereby stipulate and request that the Court continue the Initial Case

1 Management Conference in this action, currently scheduled for August 4, 2011, to a date on or after
2 August 8, 2011.

3     This is the first stipulation and proposed order to continue the Initial Case Management
4 Conference. The parties request this continuance for the following reasons.

5     This employment disability discrimination action was recently reassigned to Your Honor from
6 Magistrate Judge Laporte, after Plaintiff did not consent to proceeding before Magistrate Judge
7 Laporte.

8     Defense counsel will be on vacation in Utah and Wyoming with his wife, his wife's parents
9 and siblings, and with his own parents from July 29, 2011 through the morning of August 8, 2011.
10 This vacation was booked roughly six months ago and involves the extended families of both defense
11 counsel and his wife. Defense counsel is playing in a member guest golf tournament with his father,
12 and both sets of in-laws will be spending substantial time together. Defense counsel flies back to the
13 Bay Area on the morning of August 8, 2011 and will be available for the Initial CMC any time on or
14 after August 8, 2011 at 1 p.m.

15     For this reason, the parties respectfully request that the Court continuance the Initial Case
16 Management Conference for a short period of time.

17
18 \\
19 \\

20 Dated: July 25, 2011                          Respectfully submitted,

21                                          DENNIS J. HERRERA
                                         City Attorney
22                                          ELIZABETH SALVESON
                                         Chief Labor Attorney
23                                          ANDREW GSCHWIND
24                                          Deputy City Attorney

25                                          By:_____/s./_____
                                               ANDREW GSCHWIND
26
27                                          Attorneys for Defendant
                                         CITY AND COUNTY OF SAN FRANCISCO
28

Dated: July 25, 2011

Respectfully submitted,

LAW OFFICES OF CURTIS G. OLER

By: _____/s./_____
CURTIS G. OLER[1]

Attorney for Plaintiff
ANDREW KING

### [PROPOSED] ORDER

Good cause appearing from the Parties' stipulation, the Court hereby continues the Initial Case Management Conference in this action. The Initial Case Management Conference is hereby rescheduled from August 4, 2011 to August 11, 2011 at 11:00 a.m./p.m.

SO ORDERED.

Date: July 26, 2011.

_____
The Honorable William Alsup
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge William Alsup

---

[1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Mr. Oler's office to file this document on his behalf.