1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3973
6  Facsimile:     (415) 554-4248
   E-Mail:         andrew.gschwind@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  ANDREW KING,                         Case No. CV-11-1857 WHA

13        Plaintiff,                     **DEFENDANT'S PRETRIAL DISCLOSURES**

14        vs.                            [FRCP 26(A)(3)]

15  CITY AND COUNTY OF SAN
    FRANCISCO, PUBLIC UTILITIES
16  COMMISSION, SAN FRANCISCO WATER
    DEPARTMENT, and DOES 1 to 25,
17
          Defendants.
18

19

20        Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendant City & County of San

21  Francisco ("Defendant" or the "City"), submits the following pretrial disclosures.

22  **I.      TRIAL WITNESSES**

23        A.      Defendant expects to call the following witnesses at trial:

24              Bill Teahan (party witness, contact through defense counsel);

25              Frank Marovich (party witness, contact through defense counsel);

26              Lorceli Braganza (party witness, contact through defense counsel);

27              Silvia Castellanos (party witness, contact through defense counsel);

28

1    Lori Regler (party witness, contact through defense counsel);

2    Jenee Jackson (party witness, contact through defense counsel);

3    B.    Defendant may also call the following additional witnesses if the need arises:

4    John Mercurio (party witness, contact through defense counsel);

5    Andy Geddes (party witness, contact through defense counsel);

6    Fatima Taylor, California Pacific Medical Center/Sutter Health, P.O. Box 7999, San

7    Francisco, CA  (415) 600-6000;

8    Daniel Null, M.D., 1701 Divisadero St., Suite 500, San Francisco, CA  94143 (415)

9    353-7300.

10    Custodian of Records for SFPUC

11    **II.    WITNESSES WHOSE TESTIMONY THE CITY EXPECTS TO PRESENT BY DEPOSITION**

12    Plaintiff.

13    **III.    IDENTIFICATION OF EXHIBITS**

14    A.    The City expects to offer the following documents or other exhibits at trial:

15    -Jan. 23, 2009 revised essential functions guide sent from Dr. Daniel Null to

16    Lorcelli Braganza with clarifying notes of Ms. Braganza from class with Dr. Null on 1/27/2009 (Ex. B

17    to SJ motion, CCSF 000469-71);

18    -Feb. 2, 2009 letter from Lorceli Braganza to Andrew King (Ex. C to SJ motion,

19    CCSF 000381-82);

20    -May 8, 2009 letter from Lorceli Braganza to Andrew King with attachments

21    (Ex. D to SJ motion, CCSF 000432-34);

22    -Feb 2, 2010 letter from Fatima Taylor to Andrew King (Ex. E to SJ motion,

23    CCSF 000406);

24    -Plaintiff's Feb. 2010 Reasonable Accommodation Request Form and

25    attachments (Ex. F to SJ motion, CCSF 000437-440);

26    -Feb. 15, 2010 letter of Dr. Daniel Null (Ex. G to SJ motion, CCSF 000441);

27

28

1            -Mar. 9, 2010 letter from Fatima Taylor to Andrew King (Ex. H to SJ motion,

2  CCSF 000401);

3            -Apr. 29, 2010 letter from Silvia Castellanos to Plaintiff (Ex. J to SJ motion,

4  CCSF 000399);

5

6       B.      The City may offer the following documents or other exhibits at trial if the need arises:

7            -portions of Plaintiff's deposition transcript for impeachment purposes

8            -SFERS Notification of [Plaintiff's] Intent to Retire dated April 14, 2010 (Ex. I

9  to SJ motion)

10

11

12  Dated:  August 20, 2012

                                     DENNIS J. HERRERA

13                                      City Attorney

                                     ELIZABETH S. SALVESON

14                                      Chief Labor Attorney

                                     ANDREW GSCHWIND

15                                      Deputy City Attorney

16

17                      By:_____/s/Andrew Gschwind_____

                                 ANDREW GSCHWIND

18

19                      Attorneys for Defendant

                     CITY AND COUNTY OF SAN FRANCISCO

20

21

22

23

24

25

26

27

28