IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW KING,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, PUBLIC UTILITIES COMMISSION, SAN FRANCISCO WATER DEPARTMENT, and DOES 1–25,

    Defendants.

No. C 11-01857 WHA

**ORDER RE MOTION TO DISMISS ATTORNEY**

Summary judgment in favor of defendants was entered last month (Dkt. No. 45). A separate judgment order was also filed (Dkt. No. 46). Unsatisfied with that outcome, plaintiff Andrew King himself (not his attorney of record, Attorney Curtis Oler) filed a notice of appeal and motion to dismiss his counsel. Attorney Oler has not responded. By **NOON ON OCTOBER 25**, Attorney Oler shall file a response and, if warranted, a separate motion to withdraw as counsel.

    **IT IS SO ORDERED.**

Dated: October 22, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE