IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KING, | No. C 11-01857 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION TO DISMISS ATTORNEY** |
| CITY AND COUNTY OF SAN FRANCISCO, PUBLIC UTILITIES COMMISSION, SAN FRANCISCO WATER DEPARTMENT, and DOES 1–25, | |
| Defendants. / | |

Summary judgment in favor of defendants was entered last month (Dkt. No. 45). A separate judgment order was also filed (Dkt. No. 46). Unsatisfied with that outcome, plaintiff Andrew King himself (not his attorney of record, Attorney Curtis Oler) filed a notice of appeal and motion to dismiss his counsel. Attorney Oler has not responded. By **NOON ON OCTOBER 25**, Attorney Oler shall file a response and, if warranted, a separate motion to withdraw as counsel.

**IT IS SO ORDERED.**

Dated: October 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE